No. 882. HERBERT W. BACON, ADMINISTRATOR, ETC., *v.* JOHN BARTON PAYNE, DIRECTOR GENERAL, ETC. April 9, 1923. Petition for a writ of certiorari to the Supreme Court of the State of Michigan denied. *Mr. Frank S.*

Cases Disposed of Without Consideration by the Court.   261 U.S.

*Monnett* for petitioner.   *Mr. J. Walter Dohang* and *Mr. Frank E. Robson* for respondent.

